# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE LEE JEFFERSON, | Case No. 3:21-CV-00341-RCJ-CLB |
| Plaintiff, | **ORDER DENYING MOTIONS TO STAY CASE AND APPOINT COUNSEL** |
| v. | |
| J. HAINES, | [ECF Nos. 22, 23] |
| Defendant. | |

Before the Court are Plaintiff Willie Lee Jefferson's ("Jefferson") motions to stay this case, (ECF No. 22), and for appointment of counsel. (ECF No. 23).

This Court previously denied Jefferson's motion for appointment of counsel. (ECF No. 13.) Jefferson's current motion is based on essentially the same arguments and assertions as those asserted in his prior motion for counsel, which the Court denied. Therefore, Jefferson's current motion for appointment of counsel, (ECF No. 23), is **DENIED** for the same reasons stated in ECF No. 13.

Second, Jefferson's motion to stay this case is based on his assertion that he would be filing a motion for appointment of counsel. (ECF No. 22.) As the Court denied that motion, Jefferson's motion to stay, (ECF No. 22), is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATED**: January 12, 2023_____.

_____
**UNITED STATES MAGISTRATE JUDGE**