1  AARON D. FORD
   Attorney General
2  ANDREW C. NELSON, Bar No. 15971
   Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1227
5  E-mail: acnelson@ag.nv.gov

6  *Attorneys for Defendant*
   *Jesse Haines*

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10  WILLIE LEE JEFFERSON,

11        Plaintiff,

12  v.

13  J. HAINES, et al.,

14        Defendants

Case No. 3:21-cv-00341-RCJ-CLB

**STIPULATION AND ORDER FOR DISMISSAL**

15      Plaintiff Willie Lee Jefferson, in *pro se* and Defendant Jesse Haines, Nevada by and

16  through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   Andrew C. Nelson, Deputy Attorney General, hereby stipulate that the above-captioned

2   actions should be dismissed with prejudice by order of this Court, with each party to bear

3   their own costs.

4   DATED this _14th_ day of August, 2023          DATED this _14th_ day of August, 2023

5                                                  AARON D. FORD
                                                   Attorney General
6

7   _Willie Lee Jefferson_                         By: _____
    WILLIE LEE JEFFERSON#12122                          ANDREW C. NELSON, Bar No. 15971
8   *Plaintiff Pro Se*                                  Deputy Attorney General
                                                        *Attorneys for Defendant*
9                                                       *Jesse Haines*

10

11

12

13

14                                                 IT IS SO ORDERED.

15

16                                                 UNITED STATES DISTRICT JUDGE

17                                                 DATED:_gOctober 16, 2023_

18

19

20

21

22

23

24

25

26

27

28